**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6572**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

    versus

EON DAVID,

                                      Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., Chief District Judge. (CR-95-206, CA-98-917-1)

─────────────

Submitted: June 17, 1999           Decided: June 23, 1999

─────────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Eon David, Appellant Pro Se. Lawrence Patrick Auld, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eon David seeks to appeal the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. David</u>, Nos. CR-95-206; CA-98-917-1 (M.D.N.C. Mar. 18, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the order from which David appeals was filed on March 17, 1999, it was entered on the district court's docket sheet on March, 18, 1999. March 18, 1999, is therefore the effective date of the district court's decision. <u>See</u> Fed. R. Civ. P. 58 and 79(a); <u>see also</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).